United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 15-16468-RK
Jefferson Howard Hitchcock                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 2              Date Rcvd: Oct 05, 2015
                              Form ID: b18             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2015.
db            +Jefferson Howard Hitchcock,   954 North Croft Avenue, #202,   West Hollywood, CA 90069-4292
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
36218011     ++ALLIED INTERNATIONAL CREDIT CORP US,   6800 PARAGON PLACE,   SUITE 400,
               RICHMOND VA 23230-1654
               (address filed with court: Allied Intl Credit Corp,   6800 Paragon Place, #400,
               Richmond, VA 23230)
36306332      +Catalina Video,   c/o C1R Distribution,   8721 Santa Monica Blvd #525,
               West Hollywood CA 90069-4507
36218014      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
36218018      +Mandarich Law Group LLP,   6301 Owensmouth Ave. Ste. 850,   Woodland Hills, CA 91367-2271
36218019      +Mandarich Law Group, LLP,   Attention: Lisa Meliss Hermes, Esq.,   9200 Oakdale Av, #601,
               Chatsworth, CA 91311-6500
36218020      +Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills, MI 48331-3552
36218021       Northstar Location Services,   4285 Genesee Street,   Buffalo, NY 14225-1943
36218022      +Pacific Oaks Medical Group,   7855 Haskell Ave., Ste. 302,   Van Nuys, CA 91406-1902
36218023     #+Raven Paul & Co,   840 N Hollywood Way,   Burbank, CA 91505-2813
36306333      +Rick Ford,   c/o All Worlds Video,   3487 Kurtz St,   San Diego CA 92110-4430
36218024     #+Scott Lowery Law Office,   1422 E. 71st St., Ste. B,   Tulsa, OK 74136-5060
36218025      +Sko Bren Am,   196 Merrick Road,   Oceanside, NY 11572-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QSSLESLIE.COM Oct 06 2015 02:43:00      Sam S Leslie (TR),   3435 Wilshire Blvd., Suite 990,
               Los Angeles, CA 90010-1998
smg            EDI: EDD.COM Oct 06 2015 02:44:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
36218010      +EDI: AFNIRECOVERY.COM Oct 06 2015 02:43:00      Afni, Inc.,   Po Box 3097,
               Bloomington, IL 61702-3097
36218012      +EDI: TSYS2.COM Oct 06 2015 02:43:00      Barclays Bank Delaware,   125 S West St,
               Wilmington, DE 19801-5014
36218013      +EDI: STFC.COM Oct 06 2015 02:44:00      Cach, Llc,   4340 S Monaco St Unit 2,
               Denver, CO 80237-3408
36218015       E-mail/Text: bknotice@erccollections.com Oct 06 2015 02:41:24      Enhanced Recovery Company,
               8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
36453042       EDI: CALTAX.COM Oct 06 2015 02:43:00      FRANCHISE TAX BOARD,   BANKRUPTCY SECTION MS A340,
               PO BOX 2952,   SACRAMENTO CA 95812-2952
36218016       EDI: CALTAX.COM Oct 06 2015 02:43:00      Franchise Tax Board,   Bankruptcy Section, MS: A-340,
               PO Box 2952,   Sacramento, CA 95812-2952
36218017       EDI: IRS.COM Oct 06 2015 02:44:00      Internal Revenue Service PO,   Insolvency Section,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
36218026       E-mail/Text: mostrand@signatureperformance.com Oct 06 2015 02:42:17      Tiburon Financial, LLC,
               PO Box 770,   Boys Town, NE 68010-0770
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Franchise Tax Board,   Bankruptcy Section MS: A-340,   P.O. Box 2952,
               Sacramento, CA  95812-2952
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0973-2           User: admin              Page 2 of 2                   Date Rcvd: Oct 05, 2015
                               Form ID: b18             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2015 at the address(es) listed below:
              Carolyn A Dye    on behalf of Trustee Sam S Leslie (TR) trustee@cadye.com
              Henry  Glowa    on behalf of Debtor Jefferson Howard Hitchcock henry@henryglowa.com,
               henry@ecf.inforuptcy.com
              Sam S Leslie (TR)    sleslie@trusteeleslie.com,
               sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

B18 (Official Form 18)(12/11)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**  
Jefferson Howard Hitchcock

**BANKRUPTCY NO.** 2:15−bk−16468−RK

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−8188  
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A  
**Debtor Discharge Date:** 10/5/15

**Address:**  
954 North Croft Avenue, #202  
West Hollywood, CA 90069

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: October 5, 2015

**Kathleen J. Campbell**  
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

25 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.