Sam S. Leslie, C.P.A.
3435 Wilshire Blvd., Suite 990
Los Angeles, California 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:15-bk-16468-RK |
| JEFFERSON HOWARD HITCHCOCK, | [Chapter 7] |
| Debtor. | [Honorable Robert N. Kwan] |
| | **TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL UNDER 11 U.S.C. § 327(a); DECLARATIONS OF SAM S. LESLIE AND CHRISTIAN T. KIM IN SUPPORT THEREOF** |
| | [NO HEARING SET] |

    Sam S. Leslie, the duly appointed Chapter 7 Trustee in the above-captioned case, hereby states:

    1.  Jefferson Howard Hitchcock ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on April 24, 2015. Sam S. Leslie ("Trustee") was appointed Chapter 7 Trustee on or about April 24, 2015, and accepted such appointment thereafter.

    2.  Trustee requires the assistance and representation of special counsel in order to investigate and potentially liquidate the estate's interest in C1R Distributions, LLC, owned through Debtor's corporation, Hot Box Grafix, Inc., and to assist the Trustee's general bankruptcy counsel on miscellaneous matters as needed.

    3.  For the foregoing and all other necessary and proper purposes, Trustee has selected Dumas & Kim, APC ("D&K") because it has the requisite experience to assist the Trustee in administering this

1

TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUSEL UNDER 11 U.S.C. § 327(a); DECLARATIONS OF SAM S. LESLIE AND CHRISTIAN T. KIM IN SUPPORT THEREOF

1    estate and in liquidating its assets.   Accordingly, Trustee believes that D&K is well qualified to

2    represent Trustee in these matters.   D&K's resume is attached hereto as **Exhibit "A"** and

3    incorporated herein by this reference.

4        4.   To the best of Trustee's knowledge and based upon the Declaration of Christian T. Kim

5    attached hereto, no attorney at D&K has any connection with any party in interest, its attorneys or

6    accountants, other than as set forth in such Declaration.

7        5.   To the best of Trustee's knowledge and based upon the Declaration of Christian T. Kim

8    attached hereto, no attorney at D&K represents any interest adverse to that of the Trustee or of the

9    estate in the matters on which it is to be retained, and its attorneys are disinterested persons under

10    Section 101(14) of the Bankruptcy Code.   (See also, "Statement of Disinterestedness for Employment

11    of Professional Person Under F.R.B.P. 2014" attached hereto as **Exhibit "B"** and incorporated herein

12    by this reference.)

13        6.   Trustee desires to employ D&K with reasonable fees to be determined by the Court.   No

14    compensation will be paid by the Trustee except upon application to and approval by the Bankruptcy

15    Court after proper notice and hearing pursuant to Section 330 of the Bankruptcy Code.   D&K has not

16    received any retainer nor is it seeking a retainer or advance fee payment from Trustee.   D&K has no

17    lien or other interest in any property of the Debtor or from a third party to secure payment of its fees.

18    A schedule of fees charged by D&K is attached hereto as **Exhibit "C"** and incorporated herein by

19    this reference.

20        7.   Notice of the Application as required by Local Rule 2014-1(b) has been provided to interested

21    parties.   A true and correct copy of such Notice is attached hereto as **Exhibit "D"** and incorporated

22    herein by this reference.

23    //

24    //

25    //

26    //

27    //

28    //

TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUSEL UNDER 11 U.S.C. § 327(a); DECLARATIONS OF SAM S.
LESLIE AND CHRISTIAN T. KIM IN SUPPORT THEREOF

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Trustee seeks authority to employ special counsel to investigate and potentially liquidate the estate's interest in C1R Distributions, LLC, owned through Debtor's corporation, Hot Box Grafix, Inc.

### II.

### ARGUMENT

Under Section 327(a) of the Bankruptcy Code, the Trustee may employ "one or more attorneys, accountants, appraisers, auctioneers or other professional persons, that do not hold or represent an interest adverse to the estate and that are disinterested persons, to represent or assist the trustee" in carrying out his duties, subject to approval of the Court.

### III.

### CONCLUSION

For the foregoing reasons, Trustee respectfully requests that this Court enter an Order authorizing the employment of D&K to render services as described herein with compensation to be paid in such amounts as this Court may hereafter determine and allow such employment to be effective from January 22, 2016.

Dated: February _____, 2016

_____
Sam S. Leslie, Chapter 7 Trustee

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1.      I am a Certified Public Accountant licensed to practice in the State of California.  My office is located at 3435 Wilshire Boulevard, Suite 990, Los Angeles, California 90010.

2.      I was appointed Chapter 7 Trustee, for the estate of Jefferson Howard Hitchcock, case no. 2:15-bk-16468-RK on or about April 24, 2015, and accepted such appointment thereafter.

3.      For all of the reasons set forth in the Application which are incorporated herein by this reference, I require the assistance and representation of counsel to investigate and potentially liquidate the estate's interest in C1R Distributions, LLC, owned through Debtor's corporation, Hot Box Grafix, Inc., and to assist the Trustee's general bankruptcy counsel on miscellaneous matters as needed.

4.      I have selected Dumas & Kim, APC ("D&K") because it has previously represented chapter 7 trustees in matters such as these and is, therefore, fully familiar with the relevant facts and applicable laws and is prepared to provide the legal services required in such matters.  Accordingly, I believe that D&K is well-qualified to represent me in this case.

5.      I also wish to disclose for the record that I share offices with D&K for which I pay rent as a subtenant.  There is absolutely no fee sharing agreement or any other such arrangement between us.  Trustee also wishes to disclose for the record that from time to time, the Trustee and members of D&K socialize on occasion.  The Trustee further wishes to disclose as a partner in the accounting firm LEA Accountancy, LLP, the Trustee sometimes serves as an accountant in other trustee cases where D&K is acting as the general or special counsel for that bankruptcy estate.

6.      To the best of my knowledge, D&K does not represent any interest adverse to that of the estate or the Debtor in the matters upon which it has been engaged.

7.      I have provided Notice of this Application in accordance with Local Rule 2014-1(b), a copy of which is attached to the Application as **Exhibit "D"** and incorporated herein by this reference.

8.      I request that the employment of D&K be effective from January 22, 2016 because I requested D&K to assist me in reviewing the case file.  Thus, work was performed prior to the date of

4

**TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUSEL UNDER 11 U.S.C. § 327(a); DECLARATIONS OF SAM S. LESLIE AND CHRISTIAN T. KIM IN SUPPORT THEREOF**

1  this Application for which D&K should be compensated.

2       I declare under penalty of perjury that the foregoing is true and correct.

3       Executed this ___ day of February, 2016, at Los Angeles, California.

4

5                            Sam S. Leslie

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUSEL UNDER 11 U.S.C. § 327(a); DECLARATIONS OF SAM S. LESLIE AND CHRISTIAN T. KIM IN SUPPORT THEREOF

## DECLARATION OF CHRISTIAN T. KIM

I, Christian T. Kim., declare:

1.      I am an attorney at law admitted to practice in the State of California and before this Court. I am a managing shareholder of Dumas & Kim, APC. Under 11 U.S.C. § 327, Sam S. Leslie, Chapter 7 Trustee, for the estate of Jefferson Howard Hitchcock, case no. 2:15-bk-16468-RK, is seeking to employ Dumas & Kim, APC as special counsel by the Application to which this Declaration is attached. All principals, associates, and of-counsel (hereafter, collectively, "members") of Dumas & Kim, APC are duly admitted and licensed to practice in the State of California and before this Court. A copy of the firm's resume is attached to the Application as **Exhibit "A"** and incorporated herein by this reference.

2.      Dumas & Kim, APC is experienced in matters of bankruptcy, insolvency, corporate reorganization and debtor/creditor law, in the representation of debtors and creditors in proceedings under the Bankruptcy Code, and is well-qualified to represent debtors and creditors in such proceedings. All attorneys of Dumas & Kim, APC are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall comply with them. A copy of the firm's fee schedule is attached to the Application as **Exhibit "C"** and incorporated herein by this reference.

3.      I have reviewed the Debtor's petition and other related documents and have made inquiry of the members of Dumas & Kim, APC. Neither Dumas & Kim, APC nor any of its members, is or has been employed by, or connected with the Debtor, its principals, insiders, creditors, nor any other party in interest, their respective attorneys and accountants, nor the United States Trustee and any person employed by the office of the United States Trustee. Dumas & Kim, APC, and its members, have no interest adverse to the estate. Consequently, under Local Rule 2014-1, Dumas & Kim, APC and its members are disinterested persons as defined in Section 101(14) of the Bankruptcy Code. (See also, "Statement of Disinterestedness for Employment of Professional Person Under F.R.B.P. 2014" attached to the Application was **Exhibit "B"** and incorporated herein by this reference.)

4.      Dumas & Kim, APC desires to be employed to assist and represent the Trustee herein with reasonable fees to be determined by the Court. The fee arrangement contemplates that the Court

6

1  will approve all fees paid to the firm and will have the right to reduce or supplement based upon

2  value to the estate, the risks undertaken, and other factors.  Dumas & Kim, APC has received no pre-

3  petition retainer or advance fee.  It is contemplated that Dumas & Kim, APC may seek interim

4  compensation during the case as permitted by Section 331 of the Bankruptcy Code.

5      5.    The source of payments to Dumas & Kim, APC for fees incurred in representing the

6  Trustee will come from the assets of the estate.

7      6.    Dumas & Kim, APC does not have a pre-petition claim against the Debtor.

8      7.    Dumas & Kim, APC does not have and has not had any connection with any insider of

9  the Debtor.

10     8.    Dumas & Kim, APC has not represented, is not representing nor does it intend to

11 represent any related debtor in a bankruptcy case in this Court or any other court.

12     9.    I also wish to disclose for the record that the Trustee shares offices with Dumas &

13 Kim, APC as a subtenant.  There is absolutely no fee sharing agreement or any other arrangement

14 between us.

15     10.   Dumas & Kim, APC is seeking approval of its employment effective from January 22,

16 2016, as services at the request of the Trustee have been performed prior to the date of this

17 Application.

18     11.   Dumas & Kim, APC understands and agrees that its proposed employment and

19 compensation is pursuant to 11 U.S.C. §§ 327, 330 and Dumas & Kim, APC requests that the Court

20 specifically approve the terms of Dumas & Kim, APC's employment and compensation as set forth

21 in **Exhibit "C"** attached hereto.

22     I declare under penalty of perjury that the foregoing is true and correct.

23     Executed this 4ᵗʰ day of February, 2016, at Los Angeles, California.

24

25     _____

26                    Christian T. Kim

27

28

7

# EXHIBIT "A"

# EXHIBIT "A"

## DUMAS & KIM, APC
Equitable Plaza Suite 990
3435 Wilshire Boulevard
Los Angeles, California 90010

Telephone (213) 368-5000
Facsimile (213) 368-5009

# FIRM RESUME

**DUMAS & KIM, APC,** is committed to providing reliable, efficient, timely, and economical assistance in both domestic and transnational legal matters. The firm's practice includes litigation and transactions in the areas of corporate, real estate, insolvency, bankruptcy law and personal injury. Members of the firm are fluent in French, German, and Korean.

**JAMES A. DUMAS, JR.** graduated from the University of California, Berkeley with a Bachelor of Arts degree in Philosophy and Pre-Medical Studies in 1973 after studying there and at universities in Goettingen, Germany and Tel Aviv, Israel. He received his Juris Doctor in 1977 from the University of Southern California, where he was a member of the Southern California Law Review. During law school, he clerked with the prominent personal injury attorney David Harney. He is the son of James A. Dumas, Sr. a personal injury trial attorney. From 1977 to 1978, Mr. Dumas served as clerk to Judge Jessie W. Curtis at the U.S. District Court, Central District of California. Prior to starting Dumas & Associates in 1981, he was an associate in the law firm of Morrison & Foerster. Between 1987 and 2001 he served as Bankruptcy Trustee in the Central District of California. He is fluent in French and German.

**CHRISTIAN T. KIM** is a bankruptcy and business litigation attorney with extensive experience in representing trustees, debtors and creditors in bankruptcy cases and adversary proceedings. Mr. Kim also represents both plaintiffs and defendants in a wide array of business and commercial litigation matters. Mr. Kim graduated from the University of Washington with a B.A. in 1999 and received his J.D. from the University of California Hastings College of the Law in 2003.

Mr. Kim serves on the Board of Governors for the Korean American Bar Association of Southern California and co-chairs KABA's pro bono committee. In addition, Mr. Kim is a member of the Los Angeles County Bar Association Commercial Law and Bankruptcy Section, the Los Angeles Bankruptcy Forum, and the Central District Consumer Bankruptcy Attorney Association. Mr. Kim is fluent in Korean.

**BRYAN TYSON** graduated magna cum laude from the University of California at Berkeley in 1972 with a B.A. in English. He is a member of Phi Beta Kappa. He spent the 1970-1971 academic year at Wadham College, Oxford University. He then did graduate work in English language and literature at Yale University, receiving his Ph.D. in 1979. After teaching at Smith College and Yale University, he returned to Yale Law

School, where he received a J.D. in 1984.  Thereafter, he was an attorney at the Boston firm of Sullivan & Worcester LLP, where his work concentrated in corporate and securities law, corporate finance, Investment Company and investment adviser matters, and intellectual property and licensing.  He has also worked at Parexel International Corporation, a contract research organization that manages clinical trials on behalf of pharmaceutical research and manufacturing companies.  He is a member of the California bar and the Massachusetts bar.

# EXHIBIT "B"

# EXHIBIT "B"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christian T. Kim (SBN 231017)<br>Dumas & Kim, APC<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, California 90010<br>Telephone: (213) 368-5000<br>Fax: (213) 368-5009<br>ckim@dumas-law.com<br><br><br>*Attorney for:* Sam S. Leslie, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JEFFERSON HOWARD HITCHCOCK,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-16468-RK<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS<br>FOR EMPLOYMENT OF PROFESSIONAL<br>PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |
|---|---|

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

   Dumas & Kim, APC
   3435 Wilshire Blvd., Suite 990
   Los Angeles, California 90010
   (213) 368-5000

2. The services to be rendered by the Professional in this case are *(specify)*:

   To assist Chapter 7 Trustee in investigating and potentially liquidating the estate's interest in C1R Distributions, LLC, owned through Debtor's corporation, Hot Box Grafix, Inc., and to assist the Trustee's general bankruptcy counsel on miscellaneous matters as needed.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    See paragraph 6 of the within application and Exhibit "C" for rates.

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

    None.

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

    Conflict check.

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

    None.

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

    None.

8.  The Professional is not and was not an investment banker for any outstanding security of the Debtor.

9.  The Professional has not been within 3 years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10. The Professional is not and was not, within 2 years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

    None.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                  Page 2                    **F 2014-1.STMT.DISINTEREST.PROF**

13

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Christian T. Kim
3435 Wilshire Blvd., Suite 990
Los Angeles, California 90010
(213) 368-5000

13. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

None.

14. Total number of attached pages of supporting documentation: _0_____

15. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _02/02/2016_ | Christian T. Kim | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3                          F 2014-1.STMT.DISINTEREST.PROF

14

# EXHIBIT "C"

# EXHIBIT "C"

# **SCHEDULE OF CHARGES**

## **Typical Items of Expense**

**Travel costs, including local parking and mileage - as incurred**

Copy costs — Twenty cents ($.20) each (in-house) / as incurred (ex-house)

Mailing costs — Actual Cost

Overnight courier service fees — Actual Cost

Messenger service fees — Actual Cost

Parking — Actual Cost

Deposition costs — Actual Cost

Witness Fees — Actual Cost

Direct telephone charges — as incurred

Direct telex, telefax, and similar charges — fifty cents ($0.50) each page for incoming and one dollar ($1.00) each page for outgoing

Printing — Actual Cost

Filing fees — Actual Cost

Electronic Downloads- Actual Cost

Fees of Counsel not a member of the firm — as incurred

## **Schedule of Fees**

James A. Dumas, Jr. ..........................................................................$490.00

Bryan G. Tyson..................................................................................$400.00

Christian T. Kim.................................................................................$350.00

Law clerk...........................................................................................$125.00

# EXHIBIT "D"

# EXHIBIT "D"

Sam S. Leslie, C.P.A.
3435 Wilshire Blvd., Suite 990
Los Angeles, California 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JEFFERSON HOWARD HITCHCOCK,<br><br>Debtor. | Case No.: 2:15-bk-16468-RK<br><br>[Chapter 7]<br><br>[Honorable Robert N. Kwan]<br><br>**TRUSTEE'S NOTICE OF INTENTION TO EMPLOY SPECIAL COUNSEL**<br><br>[NO HEARING SET] |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, DEBTORS, ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Sam S. Leslie, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee"), in the above-captioned estate, has filed an application seeking authority to employ Dumas & Kim, APC ("D&K") as his special counsel. Trustee requires the assistance and representation of special counsel in order to investigate and potentially liquidate the estate's interest in C1R Distributions, LLC, owned through Debtor's corporation, Hot Box Grafix, Inc., and to assist the Trustee's general bankruptcy counsel on miscellaneous matters as needed.

D&K will bill Trustee on an hourly basis for such services. No retainer has been paid or is requested. The only source for payment of compensation to D&K will be from the estate.

//

No compensation will be paid to D&K except upon application to and approval by the Bankruptcy Court after proper notice and hearing pursuant to Section 330 of the Bankruptcy Code. D&K's current professional rates and reimbursement of expenses are as follows:

| Attorney | Rate |
|----------|------|
| James A. Dumas, Jr. | $490 |
| Bryan G. Tyson | $400 |
| Christian T. Kim | $350 |
| Law clerk | $125 |

| Expense | Amount |
|---------|--------|
| Photocopying | $.20 per page |
| Postage | Actual Cost |
| FedEx, Messengers | Actual Cost |
| Parking | Actual Cost |
| Deposition Costs | Actual Cost |
| Witness Fees | Actual Cost |

A copy of the Trustee's Application can be obtained from:

Christian T. Kim
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that anyone wishing to respond or object to the Application must, within fourteen (14) days of the date of this Notice, file with the Bankruptcy Court (255 East Temple Street, Ninth Floor, Los Angeles, California 90012) and serve upon (i) Trustee at the address in the upper left hand corner of the first page of this Notice; (ii) Christian T. Kim, Dumas & Kim, APC, 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010; and (iii) the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, a request for a hearing and a written response in the form required by Local Bankruptcy Rule 9013-1(f)(1). A hearing will then be set and noticed.

Failure to serve and file such papers may result in the Court issuing its order without further notice or hearing.

//

//

TRUSTEE'S NOTICE OF INTENTION TO EMPLOY SPECIAL COUNSEL 19

1

Dated: February __4__, 2016

2

3

Sam S. Leslie, Chapter 7 Trustee

4

5

6

7

Date Notice Mailed: February __4__, 2016

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

| In re:  JEFFERSON HOWARD HITCHCOCK | CHAPTER:  7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:15-bk-16468-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (specify):  **_Trustee's Notice of Intention to Employ Special Counsel_**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **_February 4, 2016_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Henry Glowa     henry@henryglowa.com, henry@ecf.inforuptcy.com
Carolyn A Dye (TR)     trustee@cadye.com, cdye@ecf.epiqsystems.com;atty@cadye.com
Sam S Leslie (TR)     sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gom
Christian T. Kim     ckim@dumas-law.com
James A. Dumas     jdumas@dumas-law.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) **_February 4, 2016_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jefferson Howard Hitchcock
954 North Croft Avenue, #202
West Hollywood, CA 90069

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **_February 4, 2016_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Robert N. Kwan
255 E. Temple St., Crt. Room 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **_February 4, 2016_** | Danielle M. Landeros | _/s/ Danielle M. Landeros_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                   **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:15-bk-16468-RK
Central District of California
Los Angeles
Thu Feb  4 15:11:15 PST 2016

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

(p)ALLIED INTERNATIONAL CREDIT CORP US
6800 PARAGON PLACE
SUITE 400
RICHMOND VA 23230-1654

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237-3581

Catalina Video
c/o C1R Distribution
8721 Santa Monica Blvd #525
West Hollywood CA 90069-4507

Chase
Po Box 24696
Columbus, OH 43224-0696

Enhanced Recovery Company
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service PO
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Mandarich Law Group LLP
6301 Owensmouth Ave. Ste. 850
Woodland Hills, CA 91367-2271

Mandarich Law Group, LLP
Attention: Lisa Meliss Hermes, Esq.
9200 Oakdale Av, #601
Chatsworth, CA 91311-6500

Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225-1943

Pacific Oaks Medical Group
7855 Haskell Ave., Ste. 302
Van Nuys, CA 91406-1902

Raven Paul & Co
840 N Hollywood Way
Burbank, CA 91505-2813

Rick Ford
c/o All Worlds Video
3487 Kurtz St
San Diego CA 92110-4430

Scott Lowery Law Office
1422 E. 71st St., Ste. B
Tulsa, OK 74136-5060

Sko Bren Am
196 Merrick Road
Oceanside, NY 11572-1420

Tiburon Financial, LLC
PO Box 770
Boys Town, NE 68010-0770

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Henry Glowa
The Law Office of Henry Glowa
5670 Wilshire Blvd Ste 2350
Los Angeles, CA 90036-5675

Jefferson Howard Hitchcock
954 North Croft Avenue, #202
West Hollywood, CA 90069-4292

Sam S Leslie (TR)
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010-1998

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Allied Intl Credit Corp
6800 Paragon Place, #400
Richmond, VA 23230

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25

| In re:  JEFFERSON HOWARD HITCHCOCK | CHAPTER:  7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:15-bk-16468-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (*specify*):  ***Trustee's Application to Employ Special Counsel Under 11 U.S.C.§ 327(a); Declarations of Sam S. Leslie and Christian T. Kim in Support Thereof***  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Henry Glowa    henry@henryglowa.com, henry@ecf.inforuptcy.com
Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.epiqsystems.com;atty@cadye.com
Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gom
Christian T. Kim    ckim@dumas-law.com
James A. Dumas    jdumas@dumas-law.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 4, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jefferson Howard Hitchcock
954 North Croft Avenue, #202
West Hollywood, CA 90069

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Robert N. Kwan
255 E. Temple St., Crt. Room 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 4, 2016** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**